No. 93–9792.  SMITH *v.* OREGON STATE BAR.  Sup. Ct. Ore. Certiorari denied.

No. 93–9793.  COOPER *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–9794.  BROOKS-BEY *v.* HARRISON ET AL.  C. A. 3d Cir. Certiorari denied.

No. 93–9796.  DILLMAN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–1.  HARRIS *v.* RADIO-ELECTRONICS OFFICERS UNION (RADIO OFFICERS UNION) ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 94–4.  FREEDMAN ET AL. *v.* BOARD OF EDUCATION OF THE BOROUGH OF PARK RIDGE, BERGEN COUNTY, ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 94–5.  RICHARDSON *v.* STATE FARM FIRE & CASUALTY CO. C. A. 9th Cir.  Certiorari denied.

No. 94–6.  TEXAS *v.* BOWMAN, JUDGE, COUNTY CRIMINAL COURT NUMBER FOUR, TARRANT COUNTY, TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 94–8.  NAKELL *v.* ATTORNEY GENERAL OF NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 94–10.  GRECO *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 94–11.  VELEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–14.  MOSAY ET AL. *v.* BUFFALO BROTHERS MANAGEMENT, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–15.  WATERGATE AT LANDMARK CONDOMINIUM *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.  C. A. 4th Cir. Certiorari denied.